AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>4:23 MJ 8179 SRW | Date and time warrant executed:<br>6/22/23 | Copy of warrant and inventory left with:<br>SLMPD David Wilferd |
| Inventory made in the presence of : David Wilferd | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Extracted Data | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/15/24

*Executing officer's signature*

Eric Lanham TFO
*Printed name and title*